UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
FELIX MORALES,                                                    :
:
                        Petitioner,                               :
:            21-CV-3177 (JMF)
         -v-                                                      :
:                 ORDER
JAIFA COLLADO,                                                    :
:
                        Respondent.                               :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received Petitioner Felix Morales's letter dated August 18, 2021, ECF No. 13, noting that he is still in a facility in Fort Lauderdale, Florida, and requesting a stay of these proceedings until he returns to New York. Petitioner's application for a stay is DENIED without prejudice. Petitioner may renew his application for a stay, if necessary, after he receives and reviews Respondent's response to his Petition. In any renewed application for a stay, Petitioner should provide any updates he has with respect to when he might return to New York and with respect to whether or when he could obtain the materials he needs from New York.

      Petitioner also informs the Court that he has not received Respondent's answer to his petition. Accordingly, no later than **September 2, 2021**, Respondent shall serve Petitioner again with Respondent's answer and memorandum of law, ECF Nos. 10 and 11, and file proof of such service on the docket. **Petitioner shall file any reply by October 11, 2021.**

      The Clerk of Court is directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: August 30, 2021
       New York, New York
                                                  _____
                                                        JESSE M. FURMAN
                                                  United States District Judge