UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FELIX MORALES, :
:
Petitioner, :
: 21-CV-3177 (JMF)
-v- :
: ORDER
JAIFA COLLADO, :
:
Respondent. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received Petitioner Felix Morales's letter dated September 10, 2021, ECF No. 20, Respondent's letters in response, dated September 27 and 28, 2021, ECF Nos. 21-22, and Petitioner's second letter, dated September 19, 2021, ECF No. 23. In Petitioner's most recent letter, he confirms that he has received Respondent's opposition papers and requests a "continuous stay" of these proceedings until he returns to New York. The basis for Petitioner's request is that he has limited access to a law library at his facility in Florida, and he does not have access to the documents supporting his claims, which remain in New York. Petitioner further states that he does not know when he will return to New York, but that he has a court appearance scheduled for January 6, 2022 in Florida.

      Petitioner's application for a stay is DENIED. In lieu of a stay, Petitioner's deadline to reply is hereby EXTENDED to February 1, 2022. Following Petitioner's court appearance on January 6, 2022, Petitioner may file a letter updating the Court regarding the timing of his return to New York and stating whether he seeks an extension beyond February 1, 2022.

      The Clerk of Court is directed to mail a copy of this Order to Petitioner.

      SO ORDERED.

Dated: September 30, 2021
       New York, New York                                      _____
                                                                              JESSE M. FURMAN
                                                                            United States District Judge