UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FELIX MORALES,                                                     :
:
                           Petitioner,                                  :
:      21-CV-3177 (JMF)
            -v-                                                        :
:      ORDER
:
JAIFA COLLADO,                                                     :
:
                           Respondent.                                 :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received Petitioner Felix Morales's letter dated November 14, 2021, ECF No. 26. Petitioner informs the Court that he is unable to serve Respondent with a copy of his filings and asks why he received Respondent's Notice of Substitution of Attorney dated November 3, 2021, ECF No. 25. Petitioner is not required to directly serve Respondent with any filings in this case; service is accomplished electronically after Petitioner mails his filings to the Court. As to Petitioner's reply deadline, that deadline has already been extended to February 1, 2022, *see* ECF No. 24. Respondent's notice from November 3, 2021, does not affect that extension and is intended only to inform Petitioner that a different attorney will be representing Respondent in this case.

       The Clerk of Court is directed to mail a copy of this Order to Petitioner.

       SO ORDERED.

Dated: November 29, 2021                          _____
       New York, New York                        JESSE M. FURMAN
                                                United States District Judge