UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FELIX MORALES,                                                    :
:
:
                Petitioner,                          :
:   21-CV-3177 (JMF)
        -v-                                                     :
:   <u>ORDER</u>
:
JAIFA COLLADO,                                                    :
:
                Respondent.                          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received Petitioner Felix Morales's letter dated January 7, 2022, explaining that his court appearance in Florida has been adjourned to May 5, 2022, and seeking a further extension of his deadline to file a reply brief. Petitioner's request is GRANTED. Petitioner's deadline to file a reply brief is extended to **June 1, 2022**. Following Petitioner's court appearance on May 5, 2022, Petitioner may file a letter updating the Court regarding the timing of his return to New York and stating whether he seeks an extension beyond June 1, 2022.

       The Clerk of Court is directed to mail a copy of this Order to Petitioner.

       SO ORDERED.

Dated: January 20, 2022
       New York, New York
                                               JESSE M. FURMAN
                                         United States District Judge