UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FELIX MORALES,                                                    :
                                                                  :
                          Petitioner,                             :
                                                                  :       21-CV-3177 (JMF)
                -v-                                               :
                                                                  :       ORDER
JAIFA COLLADO,                                                    :
                                                                  :
                          Respondent.                             :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received Petitioner Felix Morales's letter dated May 11, 2022, explaining that his court appearance in Florida is complete, but that he is uncertain when he will be returned to New York, and seeking a further extension of his deadline to file a reply brief.  To begin with, although Petitioner's letter seeks an extension from August 1, 2022, to December 1, 2022, his reply deadline is currently **June 1, 2022**, not August 1, 2022.

      Nonetheless, Petitioner's request is GRANTED in part.  Petitioner's deadline to file a reply brief is extended to **October 1, 2022**.  If necessary, Petitioner may file a letter after his return to New York stating whether he seeks an extension beyond October 1, 2022, for the reasons given in his letter.

      The Clerk of Court is directed to mail a copy of this Order to Petitioner.

      SO ORDERED.

Dated: May 19, 2022
       New York, New York
                                        JESSE M. FURMAN
                                        United States District Judge