UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FELIX MORALES,                                                    :
:
                Petitioner,                      :
:     21-CV-3177 (JMF)
      -v-                                                       :
:     ORDER
JAIFA COLLADO,                                                    :
:
                Respondent.                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Clerk of Court is directed to update Plaintiff's address on the docket to:

       Felix Morales
       DIN 16 A 2925
       Shawangunk Correctional Facility
       Box 700
       Wallkill, New York 12598

The Clerk of Court is further directed to mail a copy of this Order, and the Order at ECF No. 36, to Plaintiff.

       SO ORDERED.

Dated: July 28, 2022
       New York, New York
                                                JESSE M. FURMAN
                                        United States District Judge