**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

FELIX MORALES,

                          Petitioner,                  21 **CIVIL** 3177 (JMF)

           -against-                                **JUDGMENT**

JAIFA COLLADO,

                          Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated February 14, 2023, Morales's Petition must be and is DISMISSED. As Morales has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); see also, e.g., Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See, e.g., Coppedge v. United States, 369 U.S.438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
              February 14, 2023

                                          **RUBY J. KRAJICK**

                                        _____
                                            **Clerk of Court**
            **BY:**                K. Mango
                                          _____
                                            **Deputy Clerk**