UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FELIX MORALES,                                                       :
                Petitioner,                         :
:   21-CV-3177 (JMF)
    -v-                                                              :
:   ORDER
JAIFA COLLADO,                                                       :
:
                Respondent.                         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 14, 2023, the Court entered a Memorandum Opinion and Order dismissing Petitioner Felix Morales's petition pursuant to Title 28, United States Code, Section 2254. *See* ECF No. 40. In that Memorandum Opinion and Order, the Court decreed that a certificate of appealability would not issue because Morales had not made a substantial showing of the denial of a constitutional right and denied *in forma pauperis* status for purposes of appeal. *See id.* at 5-6. On March 24, 2023, Morales moved for a certificate of appealability and to proceed *in forma pauperis*. *See* ECF Nos. 42-44. These requests are without merit, whether they are treated as motions for reconsideration of the Court's prior rulings or as *de novo* requests. Accordingly, the motions for a certificate of appealability and to proceed *in forma pauperis* are DENIED.

       The Clerk of Court is directed to mail a copy of this Order to Morales.

       SO ORDERED.

Dated: March 28, 2023
       New York, New York
                                                             _____
                                                              JESSE M. FURMAN
                                                           United States District Judge